R. W. RANDELL v. CITY OF FORT MYERS, a municipal corporation, CHARLES E. CHANDLER, as Tax Collector of the City of Fort Myers, and THE ATLANTIC MUNICIPAL CORPORATION, a corporation.

15 So. (2nd) 445                              June Term, 1943
November 9, 1943                                   En Banc

*Cyrus Q. Stewart* and *Clyde W. Atkinson,* for appellant.

*P. E. Starnes,* for Atlantic Municipal Corporation and *Parker Holt,* for City of Fort Myers and Charles E. Chandler, Tax Collector, appellees.

PER CURIAM:
Judgment affirmed.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN, ADAMS and SEBRING, JJ., concur.

THOMAS J., dissents.

THOMAS, J., dissenting:
I think testimony should have been taken on the bill, and on the answer which the defendant had to present with the petition to vacate the decree pro confesso. In my opinion

the answer could not be relied upon for the purpose of vacating the decree pro confesso and then be supplanted by a motion to dismiss. Evans v. Tucker, 101 Fla. 688, 135 So. 305, 85 A.L.R. 170.